**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1876**

U.S. MED SUPPLIES, LLC,

Plaintiff – Appellant,

v.

GERI-CARE     PHARMACEUTICALS     CORPORATION;     GERI-CARE
PHARMACEUTICAL SUPPLY CO., LLC; RAKAA MEDICAL CO. LTD.,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Louise W. Flanagan, District Judge.  (5:20-cv-00067-FL)

Argued:  January 30, 2025                    Decided:  February 13, 2025

Before KING, RUSHING, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard William Farrell, THE FARRELL LAW GROUP, P.C., Raleigh, North Carolina,
for Appellant.  G. Alexander Novak, THE ZWEIG LAW FIRM PC, Cedarhurst, New
York; Matthew William Buckmiller, BUCKMILLER, BOYETTE & FROST PLLC,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this appeal from the Eastern District of North Carolina, plaintiff U.S. Med Supplies, LLC, contests the district court's February 2023 award of summary judgment to defendants Geri-Care Pharmaceuticals Corporation and Geri-Care Pharmaceutical Supply Co., LLC. *See* Order, *U.S. Med Supplies, LLC v. Geri-Care Pharms. Corp.*, No. 5:20-cv-00067 (E.D.N.C. Feb. 23, 2023), ECF No. 103 (the "Summary Judgment Order"). Specifically, U.S. Med Supplies challenges the Summary Judgment Order as to its disposition of three claims pursued against the Geri-Care defendants under North Carolina state law, for breach of contract, fraud, and violation of the North Carolina Unfair and Deceptive Trade Practices Act (the "UDTPA"). U.S. Med Supplies argues that — rather than granting the Geri-Care defendants' summary judgment motion — the district court should have denied that motion and granted U.S. Med Supplies' cross-motion for summary judgment on the contract, fraud, and UDTPA claims.[*]

Having carefully assessed the record and the parties' briefs, and with the benefit of oral argument, we are satisfied that the district court did not err in its summary judgment

---

[*] Notably, U.S. Med Supplies has waived any further contentions by failing to raise or adequately address them in its opening appellate brief, including any issues related to the Summary Judgment Order's disposition of the three other state law claims asserted against the Geri-Care defendants, as well as any issues regarding the district court's July 2023 dismissal of all claims alleged against additional defendant Rakaa Medical Co. Ltd. *See* Order, *U.S. Med Supplies, LLC v. Geri-Care Pharms. Corp.*, No. 5:20-cv-00067 (E.D.N.C. July 24, 2023), ECF No. 122; *see also Grayson O Co. v. Agadir Int'l LLC*, 856 F.3d 307, 316 (4th Cir. 2017) ("A party waives an argument by failing to present it in its opening brief or by failing to develop its argument — even if its brief takes a passing shot at the issue." (alterations and internal quotation marks omitted)).

award in favor of the Geri-Care defendants.  Indeed, we readily adopt the Summary Judgment Order's cogent analysis of the contract, fraud, and UDTPA claims.  We therefore reject U.S. Med Supplies' appellate contentions and affirm the final judgment of the district court.  *See* Judgment, *U.S. Med Supplies, LLC v. Geri-Care Pharms. Corp.*, No. 5:20-cv-00067 (E.D.N.C. July 24, 2023), ECF No. 123.

*AFFIRMED*
